IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00744-ZLW-MEH

MOSTCHOICE.COM, INC.,

     Plaintiff,

v.

JOHN DOE CORPORATION #1;
JOHN DOE CORPORATION #2;
NETQUOTE, INC.,

     Defendants.

---

## ORDER

---

     Upon review of the case file, the Court has determined that the issues in this case are related to the issues in Civil Action No. 07-cv-00630-DME-MEH (NetQuote, Inc. v. Byrd _et al._).  With the agreement of Senior Circuit Judge David M. Ebel, and with the approval of Chief Judge Edward W. Nottingham, it is

     ORDERED that this case is transferred to Senior Circuit Judge David M. Ebel pursuant to D.C.COLO.LCivR 40.1A.

     DATED at Denver, Colorado, this __7th__ day of May, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court