IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-00744-DME-MEH

MOSTCHOICE, INC.,

    Plaintiff,

v.

NETQUOTE, INC.,

    Defendant.

---

**ORDER**

---

Upon review of the file in this case, the court would like to set this matter for a Status Hearing.

It is ORDERED that counsel for the parties are to place a conference call to this chambers on **Thursday, June 19, 2008** at **3:00 p.m. MST** to set this matter for a Status Hearing. The telephone number for the parties to call is (303) 844-3800.

DATED at Denver, Colorado, this 18th day of June, 2008.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge