IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00744-DME-MEH

MOSTCHOICE.COM, INC.,

    Plaintiff,

v.

JOHN DOE CORPORATION #1,
JOHN DOE CORPORATION #2, and
NETQUOTE, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2008.**

    The Joint Motion for Entry of Stipulated Protective Order [filed July 7, 2008; doc #25] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.