IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00744-DME-MEH

MOSTCHOICE.COM, INC.,

    Plaintiff,

v.

JOHN DOE CORPORATION #1,
JOHN DOE CORPORATION #2, and
NETQUOTE, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 3, 2009.**

    For good cause shown to extend the Scheduling Order deadline to amend pleadings, and because this motion is unopposed, Plaintiff's Unopposed Motion for Leave to File Second Amended and Restated Complaint [filed February 3, 2009; docket #50] is **granted**. The Clerk of the Court is directed to accept for filing the Second Amended and Restated Complaint found at docket #50-2.