IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00744-DME-MEH

MOSTCHOICE.COM, INC.,

    Plaintiff,

v.

JOHN DOE CORPORATION #1,
JOHN DOE CORPORATION #2, and
NETQUOTE, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 23, 2009.**

    The Joint Stipulated Motion to Modify Protective Order [filed March 20, 2009; docket #82] is **granted**. The revised Protective Order re: Documents and Deposition Transcripts is filed contemporaneously with this minute order.