IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

| | | |
|---|---|---|
| **MOSTCHOICE.COM, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| V. | ) | NO. 08-CV0-00744 DME-MEH |
| | ) | |
| **NETQUOTE, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

COMES NOW, MostChoice.com, Inc., by and through its Counsel of Record, and herein files this Stipulation of Dismissal with Prejudice of the above-styled matter. Each party shall bear its own costs and attorney's fees.

This the 21st day of April, 2009.

                                              **s/ Ryan Isenberg**
                                              Ryan L. Isenberg, Esq.
                                              Isenberg & Hewitt, P.C.
                                              7000 Peachtree Dunwoody Road
                                              Building 15, Suite 100
                                              Atlanta, Georgia 30328
                                              Telephone: 770-351-4400
                                              Facsimile: 770-828-0100 (Fax)
                                              Email: ryan@isenberg-hewitt.com

**Stipulated to by:**
s/ Daniel Williams
(w/ Express Permission by R. Isenberg)
Daniel D. Williams, Esq.
Attorney for NetQuote, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2009, I filed the foregoing Stipulation of Dismissal using the CM\ECF system, which will deliver notice of filing to the following counsel of record:

Heather C. Perkins
Daniel D. Williams
Christy L. Anderson
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
dwilliams@faegre.com

                                                                 **s/ Ryan Isenberg**